CARL RUDOLPH SCHULTZ, as Surviving Trustee under a Deed of Trust Executed by LOUISE SCHULTZ, Bearing Date the 17th day of November, 1909, Plaintiff, v. ORLA RUBSAMEN, as Surviving Trustee, etc., Appellant, Impleaded with Others,

Defendants. ORLA RUBSAMEN, as Receiver, etc., Appellant; LOUIS JERSAWIT, Trustee in Bankruptcy of CARL RUDOLPH SCHULTZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.